BAR BEA TRUCK LEASING CO., INC., BAR-MAR WAREHOUSE CO., INC., PLAINTIFFS *v.* UNITED STATES ET AL., DEFENDANTS

BERNARD NEWMAN, *Judge.*

Court No. 82–4–00582

(Dated October 26, 1982)

*Fredric J. Gross, Esq.,* for Bar-Mar Warehouse Co., Inc.
*J. Paul McGrath,* Assistant Attorney General, *Joseph I. Liebman,* Attorney in Charge, International Trade Field Office, Commercial Litigation Branch *(John J. Mahon,* Assistant Branch Director, and *Saul Davis, Esq.),* for the defendants.

BERNARD NEWMAN, *Judge:* Plaintiff Bar-Mar Warehouse Co., Inc. has moved for reconsideration of this Court's order of September 23, 1982, 4 CIT 137 (1982), denying Bar-Mar's application for an award of counsel fees and other expenses by a prevailing party in any civil action brought by or against the United States or any of

its agencies pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). As pointed out on several occasions, this Court is fully familiar with the background of this litigation—and all its ramifications. It suffices to state here that Bar-Mar's present application is totally lacking in merit; and accordingly the application is denied.